**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

August 5, 2024

*Via ECF*

Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Saracay Lopez, et al., No. 20-228 (S-2) (LDH)

Dear Judge DeArcy Hall:

    We represent the defendant Oscar Flores-Mejia in the above-captioned matter. We write pursuant to the Court's Order, dated August 1, 2024, in which the Court requested a joint proposed briefing schedule for motions *in limine*. We discussed the briefing schedule with co-defendant Juan Amaya-Ramirez and the government, and the parties propose the following joint briefing schedule:

1. Motions *in limine* to be filed by September 13, 2024
2. Responses to be filed no later than September 27, 2024

Respectfully submitted,

*Celia A. Cohen*

Celia Cohen

cc: Counsel of Record (via ECF)